SYLVANDER ET AL. *v.* FARMERS & TRADERS LIFE INSURANCE CO. ET AL.

No. 529. Decided January 9, 1961.

*Joseph W. Burns* and *Laurence Sovik* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Benjamin E. Shove* for appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

BELTOWSKI *v.* RIGG, WARDEN.

No. 405, Misc.   Decided January 9, 1961.

PER CURIAM.

The appeal is dismissed.